1
2
3
4
5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6
7
8
9
10
11

JESSICA L. GONZALEZ,

                    Plaintiff,

v.

K-MART CORPORATION,
a Michigan Corporation,

                    Defendant.

Case No. CV-12-3023-LRS

ORDER OF DISMISSAL

12

## ORDER OF DISMISSAL WITH PREJUDICE

13      Based on the parties' stipulation, ECF No. 25, IT IS HEREBY ORDERED

14   that Plaintiff's claims against Defendant in this matter are dismissed with

15   prejudice and without costs to any party.  The file in this matter shall be closed.

16      Dated this 11th day of March, 2013.

17
18                                    s/Lonny R. Suko
                                      LONNY R. SUKO
19                                 United States District Judge
20
21
22
23
24
25
26

ORDER OF DISMISSAL - 1